SLIP OPINION

Cite as 2015 Ark. 386

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS ACCESS
TO JUSTICE COMMISSION

**Opinion Delivered**  October 22, 2015

**PER CURIAM**

Professor Tiffany Murphy of the University of Arkansas School of Law at Fayetteville is appointed to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2018. We thank Professor Murphy for accepting appointment to this important commission.

The court expresses its gratitude to Professor Charles W. Goldner, whose term has expired, for his years of dedicated service to the commission.